UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

HOWARD COHAN,

    Plaintiff,

vs.                                                                 CASE NO.: 2:22-CV-14223-KMM

PREMIER HOSPITALITY, INC.
a Florida Profit Corporation
d/b/a COMFORT SUITES

    Defendant(s).
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff, HOWARD COHAN and his undersigned counsel hereby give notice that the above captioned action is voluntarily dismissed, with prejudice against Defendant, PREMIER HOSPITALITY, INC., a Florida Profit Corporation, d/b/a COMFORT SUITES.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 27, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on Counsel for Defendant, William Salim, Esq., via Email at: Wsalim@mmsslaw.com.

By: **/s/ Gregory S. Sconzo**
Gregory S. Sconzo, Esq.
Florida Bar No.: 0105553
Samantha L. Simpson, Esq.
Florida Bar No.: 1010423
Sconzo Law Office, P.A.
3825 PGA Boulevard, Suite 207
Palm Beach Gardens, FL 33410
Telephone: (561) 729-0940
Facsimile: (561) 491-9459
Email: greg@sconzolawoffice.com
Email: samantha@sconzolawoffice.com
Attorney for Plaintiff